FILED

11/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0743

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0743

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                                      O R D E R

JOSHUA JAMES HENRY,

     Defendant and Appellant.

_____

Appellant Joshua James Henry was granted an extension of time to file and serve the opening brief on or before October 30, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than December 8, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 8 2023